# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DENNIS C. CROWLEY,

    Plaintiff,

v.                                   CASE NO: 8:11-cv-249-T-23TGW

OS RESTAURANT SERVICES, INC., and
OUTBACK STEAKHOUSE OF FLORIDA, LLC,

    Defendants.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Plaintiff's Motion to Permit Plaintiff's Expert to Testify Immediately Before or After Trial Week (Dkt. 123) is granted. The Court will receive the testimony of Plaintiff's expert, Dr. Barbara Stein, on Friday, March 1, 2013, commencing at 10:30 a.m., and continuing the balance of the day until completed. The Alternative Motion to Reschedule Trial (Dkt. 123) is denied as moot.

**DONE AND ORDERED** at Tampa, Florida, on February 5, 2013.

                                    s/*Richard A. Lazzara*
                                  **RICHARD A. LAZZARA**
                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record